In the Matter of the Claim of FRED MEYER, Respondent, against TOPS TEMPORARY PERSONNEL et al., Appellants, and MANUFACTURERS SAFETY DEPOSIT COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *post,* p. 1123.]